AO 91 (Rev. 11/11) Criminal Complaint

FILED

AUG 17 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:16mj 339 |
| **JOHN FRANCES ARAGON** | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>between May 18, 2016 and August 16, 2016</u> in the city of <u>Virginia Beach</u>, in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
| --- | --- |
| Count One:<br>18 U.S.C. § 2422(b) | Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life. |

This criminal complaint is based on these facts:  **Please see attached Affidavit.**

READ AND REVIEWED:

Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

*Complainant's signature*

Paul Wolpert, Special Agent, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: *August 17, 2016*

*Judge's signature*

**ROBERT J. KRASK**
**UNITED STATES MAGISTRATE JUDGE**

City and state: *Norfolk, VA*

*Printed name and title*